### 19049, 19050. HENDRIX *v.* THE STATE.

BROYLES, C. J. In each of these cases the verdict was authorized by the evidence, and the only special ground of the motion for a new trial was based upon alleged newly discovered evidence. That evidence, however, was cumulative and impeaching in its character, and it does not appear that the trial judge abused his discretion in refusing to grant a new trial.

*Judgments affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 31, 1928.

*Kirkland & Kirkland,* for plaintiff in error.
*L. C. Anderson, solicitor,* contra.